IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:22 CR 470 |
| v. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1) and (b)(1)(B); |
| WONATHAN JONES, | ) | Title 18, United States Code, |
| ANTWAHN ROBINSON, | ) | Sections 922(g) and |
| DAYVOUGHN ERVIN, | ) | 924(c)(1)(A)(i) |
| | ) | |
| Defendants. | ) | JUDGE PEARSON |

COUNT 1
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about January 5, 2022, in the Northern District of Ohio, Eastern Division, Defendant WONATHAN JONES did knowingly and intentionally possess with intent to distribute more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

2. On or about January 5, 2022, in the Northern District of Ohio, Eastern Division, Defendant WONATHAN JONES did possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), and

(b)(1)(B), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

3. On or about January 5, 2022, in the Northern District of Ohio, Eastern Division, Defendant WONATHAN JONES, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Burglary, Trespass in a Habitation when a Person is Present, Case Number CR-12-569395, Cuyahoga County Court of Common Pleas, on or about February 28, 2013, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Ruger 57, serial number 642-36630, 5.7x28 caliber, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

4. On or about January 5, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTWAIIN ROBINSON, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, and Felonious Assault with a Firearm Specification, Case Number, CR-12-569689, in the Cuyahoga County Court of Common Pleas, on or about May 21, 2013, and Defendant DAYVOUGHN ERVIN, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault with Firearm Specification, Case Number CR-11-555674, in the Cuyahoga County Court of Common Pleas, on or about February 22, 2012; and Burglary, Trespass in a Habitation When a Person is Present, Case Number CR-

12-560579, in the Cuyahoga County Court of Common Pleas, on July 12, 2012, did knowingly possess in and affecting interstate commerce firearms, to wit: a Taurus, PT809C, serial number TEZ18472, 9mm, and ammunition, and a Glock 43, serial number BKLM723, 9mm, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants WONATHAN JONES, ANTWAIIN ROBINSON, and DAYVOUGHN ERVIN, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following:

    A.    a Ruger, 57, serial number 642-36630, 5.7x28 caliber, and ammunition;

    B.    a Taurus, PT809C, serial number TEZ18472, 9mm, and ammunition; and

    C.    a Glock 43, serial number BKLM723, 9mm, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.